IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WALTER and MARTHA BUTLER, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No.: 1:06-CV-584-DRB |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Miscellaneous Order 3047 (M.D. Ala. 2000), and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that Merck & Co., Inc. has no parent companies and that they are not aware of any corporation that owns more than ten percent of its common stock.

/s/ Austin Huffaker
R. Austin Huffaker, Jr.
    Bar Number: (ASB-3422-F55R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:    rah2@rsjg.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Frank Woodson, Esq.
BEASLEY, ALLEN, CROW,
      METHVIN, PORTIS & MILES, P. C.
Montgomery, Alabama 36103-4160
Attorney for Plaintiff
Email:  frank.woodson@beasleyallen.com

Shelly A. Sanford, Esq.
Marcus L. Stevenson, Esq.
GOFORTH, LEWIS & STEWART LLP
1111 Bagby, Suite 2200
Houston, TX 77002
Email: shellysanford@goforthlewis.com
      marcusstevenson@goforthlewis.com

                                      /s/ Austin Huffaker
                                      OF COUNSEL