IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER and MARTHA BUTLER, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *  Civil Action No.: 1:06-CV-584-DRB |
| | * |
| MERCK & CO., INC., | * |
| | * |
| Defendant. | * |

**JOINT STIPULATION OF THE PARTIES
SEEKING A STAY OF ALL PROCEEDINGS PENDING
TRANSFER OF THIS ACTION TO MDL-1657**

COME NOW the parties to this cause and hereby notify the Court that they have reached a stipulation in favor of the entry of an order staying this case pending transfer of this case to *In re VIOXX Mktg., Sales Practices & Prods. Liab. Litig.*, MDL No. 1657, the multidistrict litigation ("MDL") proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability actions involving Vioxx (the "Vioxx product liability actions"). *See In re Vioxx Prods. Liab. Litig.*, 360 F. Supp.2d 1352 (J.P.M.L. 2005) ("Transfer Order"). On July 7, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and has furnished the Panel with a copy of the docket sheet and complaint in this action. (*See* Ex. A. at 1). Merck expects a conditional transfer order to be issued shortly hereafter. Once issued, this action will be transferred to MDL-1657 for coordinated pretrial proceedings in the Eastern District of Louisiana. Therefore, due to the pending transfer of this action, the parties agree that a stay of proceedings in this case is appropriate, and they jointly request this Court to issue an Order staying all proceedings in this case pending transfer of this action to MDL-1657.

**NOTE:** Counsel for the Defendant is filing this Motion with the Court electronically with the express consent of Plaintiffs' counsel, who has approved the content of the Motion itself.

Date: July 28, 2006

/s/ Austin Huffaker
R. Austin Huffaker, Jr.
     Bar Number: (ASB-3422-F55R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:  rah2@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Frank Woodson, Esq.
BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P. C.
Montgomery, Alabama 36103-4160
Attorney for Plaintiff
Email:  frank.woodson@beasleyallen.com

Shelly A. Sanford, Esq.
Marcus L. Stevenson, Esq.
GOFORTH, LEWIS & STEWART LLP
1111 Bagby, Suite 2200
Houston, TX 77002
Email: shellysanford@goforthlewis.com
     marcusstevenson@goforthlewis.com

/s/ Austin Huffaker
OF COUNSEL

2