**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 28, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Butler et al v. Merck & Co., Inc.
      Civil Action No. 1:06-cv-00584-DRB

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now **1:06-cv-00584-DRB**.

This new case number should be used on all future correspondence and pleadings in this action.