IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WALTER BUTLER, *et al.,*  )  <br> ) <br> Plaintiffs,  ) <br> v.  ) <br> ) <br> MERCK & CO., INC.,  ) <br> ) <br> Defendant.  ) | CASE NO. 1:06-cv-584-MEF |

## **O R D E R**

Upon consideration of the Joint Stipulation of the Parties Seeking a Stay of All Proceedings Pending Transfer of this Action to MDL-1657 (Doc. #6) filed on July 28, 2006, it is hereby

ORDERED that the motion is GRANTED..

DONE this the 1st day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE