IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WALTER and MARTHA BUTLER, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No.: 1:06-CV-00584-DRB |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |

### NOTICE OF CASE INCLUSION IN CONDITIONAL TRANSFER ORDER (CTO-60) OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

COMES NOW, Defendant Merck & Co., Inc. ("Merck"), and hereby notifies this Honorable Court that this case has been designated for transfer to the United States District Court for the Eastern District of Louisiana pursuant to Conditional Transfer Order (CTO-60) issued by the Judicial Panel on Multidistrict Litigation (JPML).  Merck would further show the Court as follows:

1. On February 16, 2005, the JPML issued an order establishing MDL-1657 and transferring 148 federal Vioxx® cases to the Eastern District of Louisiana for coordinated pretrial proceedings before the Honorable Eldon E. Fallon.  On or about July 28, 2006, the parties stipulated to stay this matter pending an applicable transfer order by the JPML. [Doc. No. 6]. A stay was granted by this Court on August 1, 2006. [Doc. No. 8].

2. Merck provided notice to the Panel of this action pursuant to the tag-along procedures contained in the MDL rules.  On August 10, 2006, the JPML issued Conditional Transfer Order 60 (CTO-60) consisting of numerous cases designated for transfer to MDL-1657.  Attached hereto as **Exhibit A** is a copy of CTO-60.

3. This action is included in CTO-60. <u>See</u> CTO-60. Absent an objection from the Plaintiffs, which there should not be, this case against Merck will be immediately transferred to Judge Fallon's court, where it will become part of MDL-1657 and thus be subject to coordination of all pretrial proceedings. <u>See</u> CTO-60, Exhibit A.

4. Given the overlapping factual issues this case appears to have with those already in the MDL proceedings, transfer of this case to the MDL is appropriate. Merck therefore informs the Court of CTO-60 and its application to this case.

DATED this the 24th day of August, 2006.

/s/ Austin Huffaker
R. Austin Huffaker, Jr.
    Bar Number: (ASB-3422-F55R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail:    rah2@rsjg.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Frank Woodson, Esq.
BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P. C.
Montgomery, Alabama 36103-4160
Attorney for Plaintiff
Email:  frank.woodson@beasleyallen.com

Shelly A. Sanford, Esq.
Marcus L. Stevenson, Esq.
GOFORTH, LEWIS & STEWART LLP
1111 Bagby, Suite 2200
Houston, TX 77002
Email: shellysanford@goforthlewis.com
    marcusstevenson@goforthlewis.com

    /s/ Austin Huffaker
    OF COUNSEL