# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

August 10, 2006

TO INVOLVED COUNSEL

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-60)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:** ___August 25, 2006___ (4 p.m. EST)
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
       Docket Specialist

Attachments


EXHIBIT A

JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 0 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-60)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,215 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-60 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 1 06-584 | Walter Butler, et al. v. Merck & Co., Inc. |
| ALM 1 06-637 | Ruth Williams v. Merck & Co., Inc. |
| ALM 2 06-557 | Rosie Russaw, etc. v. Merck & Co., Inc., et al. |
| **ALABAMA NORTHERN** | |
| ALN 2 06-1279 | Betty Whitehead, etc. v. Merck & Co., Inc., et al. |
| ALN 2 06-1365 | Patricia Elise Hargrove, etc. v. Merck & Co., Inc. |
| ALN 2 06-1402 | Rhetta McCants, etc. v. Merck & Co., Inc. |
| ALN 2 06-1414 | Mary Jane Seabury, et al. v. Merck & Co., Inc. |
| ALN 2 06-1417 | Adele G. Baras v. Merck & Co., Inc. |
| ALN 2 06-1430 | Kristina McWaters, etc. v. Merck & Co., Inc. |
| ALN 5 06-1416 | Billy F. Shields, et al. v. Merck & Co., Inc. |
| ALN 7 06-1368 | Robert Cox v. Merck & Co., Inc. |
| **ARKANSAS EASTERN** | |
| ARE 4 06-761 | Glen Bost, et al. v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| CAE 2 06-1597 | Patrick Gavigan v. Merck & Co., Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-4180 | Edward Schwartz v. Merck & Co., Inc., et al. |
| CAN 3 06-4497 | Fabrice Malzieu v. Merck & Co., Inc., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 06-1468 | Leonor Gibson v. Merck & Co., Inc. |
| **FLORIDA MIDDLE** | |
| FLM 2 06-321 | Hilda Taylor, etc. v. Merck & Co., Inc., et al. |
| FLM 2 06-354 | Joseph Panzera v. Merck & Co., Inc. |
| FLM 2 06-355 | Bobby Lee Joiner v. Merck & Co., Inc. |
| FLM 3 06-606 | Jacob Green, et al. v. Merck & Co., Inc., et al. |
| FLM 5 06-228 | Julian Niedbala v. Merck & Co., Inc., et al. |
| FLM 8 06-1204 | Linda Matrulla v. Merck & Co., Inc., et al. |
| FLM 8 06-1213 | Aida Rivera v. Merck & Co., Inc., et al. |
| FLM 8 06-1229 | Martha Travis v. Merck & Co., Inc., et al. |
| FLM 8 06-1236 | Marshall Dentmon v. Merck & Co., Inc., et al. |
| FLM 8 06-1256 | Rosa Medina v. Merck & Co., Inc. |
| FLM 8 06-1356 | Alan Aronoff v. Merck & Co., Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 3 06-288 | Meredith Devoe, et al. v. Merck & Co., Inc. |
| FLN 4 06-353 | Leon Singleton v. Merck & Co., Inc., et al. |
| FLN 4 06-356 | Anita Davis v. Merck & Co., Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 9 06-80640 | Jeff Weisman v. Merck & Co., Inc., et al. |

M0092007733

SCHEDULE CTO-60 TAG-ALONG ACTIONS (MDL-1657)                                  PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **GEORGIA NORTHERN** | |
| GAN 4 06-163 | Gary Knowles, et al v. Merck & Co., Inc. |
| **HAWAII** | |
| HI 1 06-348 | Liberta K. Karratti, et al. v. Merck & Co., Inc. |
| HI 1 06-355 | Miyoko Sugano v. Merck & Co., Inc |
| HI 1 06-356 | John A. Kimmell, II v. Merck & Co., Inc. |
| HI 1 06-357 | Melvin M. Imamura, et al. v. Merck & Co., Inc. |
| HI 1 06-358 | Santago Espinas, et al. v. Merck & Co., Inc. |
| HI 1 06-359 | Thomas Frigge, et al. v. Merck & Co., Inc |
| HI 1 06-360 | Veronica Edwards v. Merck & Co., Inc. |
| HI 1 06-361 | Geraldine Wabinga v. Merck & Co., Inc. |
| HI 1 06-362 | Wynetta Carl Matsuura, et al. v. Merck & Co., Inc. |
| HI 1 06-363 | Sam Barraco, et al v. Merck & Co., Inc. |
| HI 1 06-364 | Nelson Adams v. Merck & Co., Inc. |
| HI 1 06-365 | Joseph Scrofani, et al. v. Merck & Co., Inc. |
| **IOWA SOUTHERN** | |
| IAS 1 06-20 | Donna L. Brown v. Merck & Co., Inc. |
| IAS 4 06-311 | Marilyn Brownell, et al. v. Merck & Co., Inc. |
| IAS 4 06-353 | Vicky L. Pryor, etc. v. Merck & Co., Inc |
| **IDAHO** | |
| ID 2 06-264 | John Hove v. Merck & Co., Inc. |
| **ILLINOIS CENTRAL** | |
| ILC 2 06-2133 | Elizabeth L. Gunning, etc. v. Merck & Co., Inc. |
| ILC 4 06-4044 | Sandra C. Johnson Williamson, etc v. Merck & Co., Inc. |
| **ILLINOIS NORTHERN** | |
| ILN 1 06-3875 | Lorraine Cote v. Merck & Co., Inc. |
| ILN 1 06-3920 | Kathryn Fredrick, et al v. Merck & Co., Inc |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-543 | Trudy Hull v. Merck & Co., Inc. |
| **LOUISIANA WESTERN** | |
| LAW 2 06-1263 | Barbara C. Walker v. Merck & Co., Inc. |
| **MARYLAND** | |
| MD 1 06-1664 | Joseph P. Pacheco v. Merck & Co., Inc |
| MD 1 06-1665 | Louise E. Regan v. Merck & Co., Inc. |
| MD 1 06-1669 | Sandra Banach-Sittler, et al. v. Merck & Co., Inc. |
| MD 1 06-1670 | Harry E. Wink, Jr., et al. v. Merck & Co., Inc |
| MD 1 06-1880 | Thomas Beck v. Merck & Co., Inc., et al. |
| **MINNESOTA** | |
| MN 0 06-2141 | Judy Ackland v. Merck & Co., Inc. |
| MN 0 06-2723 | Wendall Adams v. Merck & Co., Inc. |
| MN 0 06-2834 | Kathleen M. O'Hehir-Johnson v. Merck & Co., Inc. |
| MN 0 06-2835 | Ruth A. Silva v. Merck & Co., Inc. |
| MN 0 06-2836 | Elmer P. Rose v. Merck & Co., Inc. |
| MN 0 06-2837 | Norma J. Polman v. Merck & Co., Inc. |
| MN 0 06-2838 | Beverly Tepley v. Merck & Co., Inc. |
| MN 0 06-2839 | Larry R. Karnes v. Merck & Co., Inc. |

M0092007734

SCHEDULE CTO-60 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN 0 06-2840 | Michele L. Stilinovich v. Merck & Co., Inc. |
| MN 0 06-2841 | Lois N. Salo v. Merck & Co., Inc |
| MN 0 06-3051 | Walter Harrison v. Merck & Co., Inc |
| MN 0 06-3110 | Jon Guthmiller, et al. v. Merck & Co., Inc., et al. |

MISSOURI EASTERN
  MOE 4 06-1096        Marsha Sumrall, etc. v. Merck & Co., Inc

MISSISSIPPI NORTHERN
  MSN 2 06-126         Cary Smith v. Merck & Co., Inc.

MISSISSIPPI SOUTHERN
  MSS 2 06-182         Jerry Don West v. Merck & Co., Inc, et al.
  MSS 3 06-329         Frederick Resse, etc. v. Merck & Co., Inc
  MSS 3 06-375         William E. Boyd, et al. v. Merck & Co., Inc.
  MSS 3 06-378         Wayne Musgrove v. Merck & Co., Inc., et al.

NORTH CAROLINA MIDDLE
  NCM 1 06-594         Tammy D. Cole v. Merck & Co., Inc.

NEBRASKA
  NE 8 06-460          Thomas C. Kouth v. Merck & Co., Inc

NEVADA
  NV 2 06-914          John James Mangani v. Merck & Co., Inc., et al.

NEW YORK EASTERN
  NYE 1 06-3631        Eula Daniels v. Merck & Co., Inc

NEW YORK SOUTHERN
  NYS 1 06-5074        Claubette Jackson, et al. v. Merck & Co. Inc.
  NYS 1 06-5202        Walesca Quinones, etc. v. Merck & Co., Inc.
  NYS 1 06-5524        Cynthia Margolies v. Merck & Co., Inc.

NEW YORK WESTERN
  NYW 6 06-6331        Robin Philp v. Merck & Co., Inc.
  NYW 6 06-6356        Patricia Neuman v. Merck & Co., Inc., et al.
  NYW 6 06-6357        Carolyn Corsoro v. Merck & Co., Inc., et al.
  NYW 6 06-6358        William H. Burns, etc. v. Merck & Co., Inc., et al.

OHIO NORTHERN
  OHN 3 06-1617        Louise Brown v. Merck & Co., Inc.

OHIO SOUTHERN
  OHS 1 06-435         David Boomershire, et al. v. Merck & Co., Inc.

OKLAHOMA NORTHERN
  OKN 4 06-373         Gay Lynn Jones v. Merck & Co., Inc

OKLAHOMA WESTERN
  OKW 5 06-685         Ronald Hare, etc. v. Merck & Co., Inc
  OKW 5 06-734         Jane Warren v. Merck & Co., Inc.
  OKW 5 06-768         Benjamin Stepeny, etc. v. Merck & Co., Inc
  OKW 5 06-769         Raymond Stapp, et al. v. Merck & Co., Inc.
  OKW 5 06-771         Connie Vickery, et al. v. Merck & Co., Inc.

M009200735

SCHEDULE CTO-60 TAG-ALONG ACTIONS (MDL-1657)                                                                PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OREGON** | |
| OR  3  06-976 | James J. Wood, et al. v. Merck & Co., et al. |
| OR  6  06-6152 | Lynn Alan Wright, et al. v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  06-2826 | Dr. David N. Greenhaw, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2838 | George Walls v. Merck & Co., Inc., et al. |
| PAE  2  06-2851 | James Montgomery v. Merck & Co., Inc., et al. |
| PAE  2  06-3062 | Donald Maliszewski v. Merck & Co., Inc., et al |
| PAE  2  06-3097 | Lowell Bulger, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3110 | Jesse Singleton v. Merck & Co., Inc. |
| PAE  2  06-3178 | Debra A. Beyer, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3179 | Marie C. Oakley, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3180 | Sam S. Pardino, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3181 | Gregory D. Kelly, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-3182 | Sylvia Hauge, et al. v. Merck & Co., Inc., et al |
| PAE  2  06-3189 | Vivian D. Beckenbaugh v. Merck & Co., Inc. |
| PAE  2  06-3221 | Geroloma F. Walter, etc. v. Merck & Co., Inc., et al. |
| PAE  2  06-3278 | Frances S. Wright v. Merck & Co., Inc., et al. |
| PAE  2  06-3279 | Joan M. Miller, et al. v. Merck & Co. Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW  2  06-935 | Janice L. Snyder, etc. v. Merck & Co., Inc., et al. |
| **SOUTH DAKOTA** | |
| SD  4  06-4126 | Gerald Miller v. Merck & Co., Inc., et al |
| **TEXAS EASTERN** | |
| TXE  6  06-302 | Russell Martin v. Merck & Co., Inc. |
| **TEXAS NORTHERN** | |
| TXN  4  06-460 | Jackson Stockstill v. Merck & Co., Inc. |
| **TEXAS SOUTHERN** | |
| TXS  3  06-468 | Steven J. Birdwell, et al. v. Merck & Co., Inc |
| TXS  4  06-2201 | Eunice Alvarado, et al. v. Merck & Co., Inc. |
| TXS  5  06-104 | Reymundo Aguero, etc. v. Merck & Co., Inc |
| TXS  7  06-203 | Adoralida Salinas, et al. v. Merck & Co., Inc., et al. |
| **TEXAS WESTERN** | |
| TXW  1  06-528 | Bassam Mahmoud v. Merck & Co., Inc. |
| TXW  5  06-621 | Anthony Ware, et al. v. Merck & Co., Inc. |
| TXW  6  06-183 | Keifer Marshall, Jr. v. Merck & Co., Inc. |
| **VIRGINIA EASTERN** | |
| VAE  2  06-363 | Ellen P. Bailey, et al. v. Merck & Co., Inc. |
| **WISCONSIN WESTERN** | |
| WIW  3  06-373 | John Matthews, et al. v. Merck & Co., Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS  2  06-500 | Mildred E. Tanyhill, et al. v. Merck & Co., Inc. |
| WVS  5  06-509 | Mary Andrews v. Merck & Co., Inc. |
| WVS  5  06-519 | Nancy Shelton v. Merck & Co., Inc |

M0092007 36

<u>RULE 7.4:</u>  **CONDITIONAL TRANSFER ORDERS FOR "TAG-ALONG ACTIONS"**

    (a)    Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

    (b)    Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

    (c)    Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

    (d)    Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

    (e)    Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

    (f)    Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

<u>RULE 7.5:</u>  **MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"**

    (a)    Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

    (b)    Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

    (c)    Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

    (d)    A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

    (e)    Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

RULE 5.2:     SERVICE OF PAPERS FILED

(a)     All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)     The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)     Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)     In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)     If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

# INVOLVED COUNSEL LIST (CTO-60)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Reymundo Aguero
311 East Montgomery
Laredo, TX 78040

Christopher Tod Alley
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Tyler J. Anderson
Moffatt, Thomas, Barrett, Rock
& Fields, Chtd.
101 S. Capitol Blvd., 10th Floor
P.O. Box 829
Boise, ID 83701

Erik T. Atkisson
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Stephen D. Bachman
Holloway Dobson & Bachman, P.C.
One Leadership Square
211 N. Robinson Avenue
Suite 900 North
Oklahoma City, OK 73102-7102

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jeffrey A. Bowersox
Savage, Bowersox, Supperstein, LLP
620 S.W. Fifth Avenue
Suite 1125
Portland, OR 97204

Kevin R. Boyle
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA 90025

Rickey J. Brantley
Jose, Henry, Brantley & Keltner
675 North Henderson Street
Ft. Worth, TX 76107

Peter D. Braun
Phillips Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203-2887

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Terry Bryant
Terry Bryant, L.L.P.
West Memorial Office Park
8584 Katy Freeway, Suite 100
Houston, TX 77024

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Kent Carnell
Lawton & Cates
P.O. Box 2965
Madison, WI 53701-2965

Ralph E. Chapman
Chapman, Lewis & Swan
P.O. Box 428
Clarksdale, MS 38614-0428

Amanda M. Cialkowski
Halleland, Lewis, Nilan
& Johnson, P.A.
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Bruce L. Cook
Cook Brown, LLC
8554 Alice Ave.
Clive, IA 50325

Jay Calvert Cooper
Cooper & Nelson, LLP
1404 Dean Street
Suite 201
Ft Myers, FL 33901

Timothy C. Davis
Heninger, Garrison & Davis, LLC
2224 First Avenue North
P.O. Box 11310
Birmingham, AL 35202

Charles A. Deacon
Fulbright & Jaworski, L.L.P
300 Convent Ste 2200
San Antonio, TX 78205

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue
10th Floor
New York, NY 10016

Amy L. Donohue-Babiak
Gollatz, Griffin & Ewing, PC
Four Penn Center
1600 JFK Blvd.
Suite 200
Philadelphia, PA 19103-2793

Jeffrey Keith Douglas
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-4160

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

INVOLVED COUNSEL LIST (CTO-60) MDL-1657 — PAGE 2 of 5

Jacqueline L.S. Earle
Goodsill, Anderson, Quinn & Stifel
1800 Alii Place
1099 Alakea Street
Honolulu, HI 96813-2639

Elizabeth A. Ellis
Cory, Watson, Crowder
& DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

Wayne E. Ferrell, Jr.
405 Tombigbee Street
P O Box 24448
Jackson, MS 39225-4448

H. Bruce Fischer
H. Bruce Fischer, PC
45 Rockefeller Plaza, Suite 2916
New York, NY 10111

William F. Fitzpatrick
Fitzpatrick & Fitzpatrick
36 West Randolph, # 301
Chicago, IL 60601

Richard L. Francis
Law Offices of Richard L. Francis
& Assoc., PC
Heritage Square
711 South "A" Street
Oxnard, CA 93030-7178

Elisabeth Ann French
Pittman, Hooks, Dutton, Kirby
& Hellums, PC
1100 Park Place Tower
2001 Park Place
Birmingham, AL 35203

Daniel N. Gallucci
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA 17601

Blanca P. Galo
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

D. Sharon Gentry
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
5801 N Broadway Avenue, Suite 101
Oklahoma City, OK 73118

Geoffrey L. Gifford
Pavalon, Gifford, Laatsch & Marino
Two North LaSalle Street
Suite 1600
Chicago, IL 60602

David N. Gillis
405 Tombigbee Street
Jackson, MS 39201

Brian A. Goldstein
Barnes Firm, P C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Michael Jay Green
Queen Street Building
345 Queen Street
2nd Floor
Honolulu, HI 96813

Ellen M. Gregg
Womble, Carlyle, Sandridge
& Rice, P L L C
301 North Main Street, Suite 300
Winston-Salem, NC 27101

Mark Adam Griffin
Keller Rohrback, L L P
1201 Third Avenue
Suite 3200
Seattle, WA 98101-3052

Marco K. Guerrero
Jacks Law Firm
1010 One Congress Plaza
111 Congress Ave
Austin, TX 78701

Steven Guinn
Laxalt & Nomura, Ltd.
9600 Gatewat Drive
Reno, NV 89521

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston
& Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Joan N. Harrop
Law Offices of Gomien & Harrop
220 West Main Street
Suite 300
Morris, IL 60450

Bryan S. Hatch
Stinson, Morrison Law Firm
1299 Farnam Street
Suite 1501
Omaha, NE 68102

Marcus Edward Hayes, Sr.
Crumley & Associates, P.C.
2400 Freeman Mill Rd.
Suite 200
Greensboro, NC 27406

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Larry D. Helvey
Moyer & Bergman, P.L.C
2720 1st Avenue, NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway
7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003-0316

John Hornbeck
Brandi Law Firm
44 Montgomery Street
Suite 1050
San Francisco, CA 94104

Andrew Burns Johnson
Bradley, Arant, Rose & White
One Federal Place
1819 Fifth Avenue North
P.O. Box 830709
Birmingham, AL 35203-2119

Alyson B. Jones
Butler Snow O'Mara Stevens
& Cannada
P.O. Box 22567
Jackson, MS 39225-2567

INVOLVED COUNSEL LIST (CTO-60) MDL-1657                                                              PAGE 3 of 5

Christy D. Jones
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P O Box 22567
Jackson, MS 39225-2567

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

Peter L. Kaufman
Levin Papantonio Thomas, et al.
316 South Baylen Street, Suite 600
P O Box 12308
Pensacola, FL 32502-5996

Will Kemp
Harrison, Kemp & Jones, Chtd
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89109

S Tessie Kenny
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Cindy J. Kiblinger
James F. Humphreys & Associates, LC
800 United Center
500 Virginia Street, East
Charleston, WV 25301

Anthony Y. K. Kim
Galiher, DeRobertis, Nakamura, Ono
& Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814-3308

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Kristopher E. Koepsel
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
502 West 6th Street
Tulsa, OK 74119-1010

Andrew J. Lee
Schwabe, Williamson & Wyatt
1600-1900 Pacwest Center
1211 SW 5th Avenue
Suites 1600 - 1900
Portland, OR 97204-3795

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Robert J Lynott
Thomas & Libowitz
100 Light Street
Suite 1100
Baltimore, MD 21202-1053

Thomas J. Lyons, Sr.
Lyons Law Firm, P A
367 Commerce Court
Van Heights, MN 55127

Alissa J. Magenheim
O'Connor, Acciani & Levy
2200 Kroger Building
1014 Vine Street
Cincinnati, OH 45202

G Trent Marquis
Vanderginst Law, PC
400 16th Street
Rock Island, IL 61201

Ramona Martinez
Cowles & Thompson, P.C
901 Main Street
Suite 4000
Dallas, TX 75202-3793

Shilpa Supna Masih
Brock, Clay, Calhoun, Wilson & Rogers
49 Atlanta Street
Marietta, GA 30060-8611

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street
Suite 2
Jacksonville, FL 32204

Theodore V. Mayer
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

William T. McCall
Guillory & McCall
P O Box 1607
Lake Charles, LA 70602

Robert R. McCoy
Morris, Pickering, Peterson & Trachok
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Andrea L. McDonald-Hicks
Reed Smith, LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-2084

Gregory N McEwen
McEwen Law Firm, PLLP
5850 Blackshire Path
Inver Grove Heights, MN 55076

John V. Mejia
Law Offices of John V. Mejia
50 California Street, Suite 1500
San Francisco, CA 94111

Gerald Miller
Nbr. 35867
South Dakota State Penitentiary
P.O Box 5911
Sioux Falls, SD 57117-5911

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

F. Chadwick Morris
Rushton, Stakely, Johnston
& Garrett, PA
P.O. Box 270
Montgomery, AL 36101-0270

Susan L. Nardone
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

M0092200741

Case 1:06-cv-00584-MEF-DRB    Document 9-2    Filed 08/24/2006    Page 12 of 13

INVOLVED COUNSEL LIST (CTO-60) MDL-1657  PAGE 4 of 5

Martha Neese  
Neese Law Firm  
12842 Glen Way  
Apple Valley, MN 55124  

Terry S. Nelson  
Cooper & Nelson, LLP  
1404 Dean Street, Suite 201  
Ft Myers, FL 33901-2858  

Donald W. O'Brien, Jr.  
Woods, Oviatt & Gilman, LLP  
700 Crossroads Building  
Two State Street  
Rochester, NY 14614  

Christopher M. O'Neal  
Parks & Crump, L.L.C.  
240 North Magnolia Drive  
Tallahassee, FL 32301  

Staci B. O'Neal  
O'Neal Law Firm  
1888 Main Street  
Suite C #177  
Madison, MS 39110  

Brian J. Panish  
Panish, Shea & Boyle, LLP  
11111 Santa Monica Blvd., Suite 700  
Los Angeles, CA 90025  

Robb W. Patryk  
Hughes Hubbard & Reed, LLP  
One Battery Park Plaza  
New York, NY 10004  

Alan H. Perer  
Swensen, Perer & Kontos  
Two Oliver Plaza, Suite 2501  
Pittsburgh, PA 15219  

Amy D. Prevatt  
Alley, Clark, Greiwe & Fulmer  
701 East Washington Street  
P.O. Box 3127  
Tampa, FL 33601-3127  

George Quesada  
Sommerman & Quesada  
3811 Turtle Creek Blvd.  
Suite 1400  
Dallas, TX 75219-4461  

Rachael M. Raymon  
Levin Papantonio Thomas, et al.  
316 S Baylen Street, Suite 600  
P.O. Box 12308  
Pensacola, FL 32581  

M. David Riggs  
Riggs, Abney, Neal, Turpen,  
Orbison & Lewis  
502 West 6th Street  
Tulsa, OK 74119  

Kenneth S. Saffren  
Saffren & Weinberg  
815 Greenwood Avenue  
Suite 22  
Jenkintown, PA 19046  

Shelly A. Sanford  
Goforth Lewis Sanford, LLP  
1111 Bagby\, Suite 2200  
Houston, TX 77002  

Joshua G. Schiller  
Dechert LLP  
Cia Centre  
2929 Arch Street  
Philadelphia, PA 19104  

Michael D. Shalhoub  
Heidell, Pittoni, Murphy  
& Bach, LLP  
99 Park Ave.  
New York, NY 10016  

Brian Alan Sher  
Bryan Cave, LLP  
161 North Clark, #4300  
Chicago, IL 60601-3206  

James M. Simpson, Jr  
Friday, Eldredge & Clark, LLP  
First Commercial Bldg.  
Suite 2000  
400 West Capitol Avenue  
Little Rock, AR 72201-3493  

Jonathan B. Skidmore  
Fulbright & Jaworski, L.L.P.  
Texas Commerce Bank Tower  
2200 Ross Avenue  
Suite 2800  
Dallas, TX 75201-2784  

Jo L. Slama  
Slama Legal Group  
4301 SW 3rd Street, Suite 100  
Oklahoma City, OK 73108  

Daniel Briggs Smith, Jr.  
Smith, Phillips, Mitchell & Scott  
P.O. Box 1586  
Batesville, MS 38606  

Lowell Alan Stanley  
6330 Newtown Road  
P.O. Box 12639  
Norfolk, VA 23451-0639  

Jason M. Steffens  
Simmons, Perrine, Albright & Ellwood  
115 Third Street, SE  
Suite 1200  
Cedar Rapids, IA 52401  

Marcus Stevenson  
Goforth Lewis Sanford, LLP  
1111 Bagby, Suite 2200  
Houston, TX 77002  

Dori K. Stibolt  
Squire, Sanders & Dempsey, LLP  
1900 Phillips Point W.  
777 S. Flagler Drive  
West Palm Beach, FL 33401-6198  

Paul F. Strain  
Venable, LLP  
1800 Mercantile Bank & Trust Building  
2 Hopkins Plaza  
Baltimore, MD 21201-2978  

Stephen G. Strauss  
Bryan Cave, LLP  
One Metropolitan Square  
211 N Broadway, Suite 3600  
St. Louis, MO 63102-2750  

Dawn T. Sugihara  
Goodsill Anderson Quinn & Stifel  
Alii Place  
1099 Alakea Street  
Suite 1800  
Honolulu, HI 96813-2639  

Alexander M. Sukhman  
Kralovec, Jambois & Schwartz  
Goodman Theatre Building  
60 West Randolph Street, 4th Floor  
Chicago, IL 60601  

Robert Martin Tata  
Hunton & Williams  
500 East Main Street, Suite 1000  
Norfolk, VA 23510  

Craig W. Trepanier  
Trepanier & MacGillis, PA  
310 4th Ave. S.  
Suite 8000  
Minneapolis, MN 55415

INVOLVED COUNSEL LIST (CTO-60) MDL-1657                                                                PAGE 5 of 5

Chad M. Tuschman
Williams, Jilek, Lafferty, Gallagher & Scott Co.
500 Toledo Legal Building
416 North Erie Street
Toledo, OH 43624-1696

Thomas F. Urban, II
James F. Humphreys & Associates, LC
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

Craig K. Vernon
James, Vernon & Weeks
1875 North Lakewood Drive
#200
Coeur d'Alene, ID 83814

J. Michael Vernon
Bice, Palermo & Veron
713 Kirby Street
P.O. Box 2125
Lake Charles, LA 70602-2125

Theresa M. Walsh
Brown & Chiari, LLP
5775 Broadway
Lancaster, NY 14086

Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Seth Sharrock Webb
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101

Mark A. Weber
Walentine, O'Toole, McQuillan & Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Rob Williamson
Williamson & Williamson
811 First Avenue
Suite 620
Seattle, WA 98104

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett, PA
184 Commeerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

E. Frank Woodson
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Alexander W. Wright
Wayne Wright, LLP
5707 IH-10 West
Suite 101
San Antonio, TX 78201

M00920074 3