**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 8, 2006

# NOTICE OF MDL TRANSFER

**TO:** **Loretta G. Whyte, Clerk**
**Eastern District of Louisiana**

**FROM:** **Clerk's Office**

**Re:** **In Re: MDL 1657 Vioxx Products Liability Litigation**
**USDC/MDAL Civil Action No. 1:06cv584-MEF**
**Walter Butler et al v. Merck & Co, Inc.**
**USDC/EDLA # 06-5487**

**The above referenced case is being transferred to your court pursuant to the Conditional Transfer Order entered by the Judicial Panel on Multi-District Litigation on 8/10/06 and filed in your court on 8/29/06. As requested in your e-mail dated 9/8/06, the complaint, docket sheet and MDL Transfer Order is being e-mailed to you in pdf format.**

**ALL FUTURE PLEADINGS SHOULD BE FILED IN THE EASTERN DISTRICT OF LOUISIANA.**