A CERTIFIED TRUE COPY
AUG 28 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG 29 AM 11: 10
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
AUG 10 2006
FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-60)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,215 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
AUG 28 2006
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
SEP 1 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

## SCHEDULE CTO-60 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 1 06-584 | Walter Butler, et al. v. Merck & Co., Inc. | 06-5487 |
| ALM 1 06-637 | Ruth Williams v. Merck & Co., Inc. | 06-5488 |
| ~~ALM 2 06-557~~ | ~~Rosie Russaw, etc. v. Merck & Co., Inc., et al.~~ Opposed 8/16/06 | |
| **ALABAMA NORTHERN** | | |
| ~~ALN 2 06-1279~~ | ~~Betty Whitehead, etc. v. Merck & Co., Inc., et al.~~ Opposed 8/16/06 | |
| ALN 2 06-1365 | Patricia Elise Hargrove, etc. v. Merck & Co., Inc. | 06-5489 |
| ALN 2 06-1402 | Rhetta McCants, etc. v. Merck & Co., Inc. | 06-5490 |
| ALN 2 06-1414 | Mary Jane Seabury, et al. v. Merck & Co., Inc. | 06-5491 |
| ALN 2 06-1417 | Adele G. Baras v. Merck & Co., Inc. | 06-5492 |
| ALN 2 06-1430 | Kristina McWaters, etc. v. Merck & Co., Inc. | 06-5493 |
| ALN 5 06-1416 | Billy F. Shields, et al. v. Merck & Co., Inc. | 06-5494 |
| ALN 7 06-1368 | Robert Cox v. Merck & Co., Inc. | 06-5495 |
| **ARKANSAS EASTERN** | | |
| ARE 4 06-761 | Glen Bost, et al. v. Merck & Co., Inc. | 06-5496 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-1597 | Patrick Gavigan v. Merck & Co., Inc., et al. | 06-5497 |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 3 06-4180~~ | ~~Edward Schwartz v. Merck & Co., Inc., et al.~~ Opposed 8/24/06 | |
| CAN 3 06-4497 | Fabrice Malzieu v. Merck & Co., Inc., et al. | 06-5498 |
| **CALIFORNIA SOUTHERN** | | |
| CAS 3 06-1468 | Leonor Gibson v. Merck & Co., Inc. | 06-5499 |
| **FLORIDA MIDDLE** | | |
| FLM 2 06-321 | Hilda Taylor, etc. v. Merck & Co., Inc., et al. | 06-5500 |
| FLM 2 06-354 | Joseph Panzera v. Merck & Co., Inc. | 06-5501 |
| FLM 2 06-355 | Bobby Lee Joiner v. Merck & Co., Inc. | 06-5502 |
| FLM 3 06-606 | Jacob Green, et al. v. Merck & Co., Inc., et al. | 06-5503 |
| FLM 5 06-228 | Julian Niedbala v. Merck & Co., Inc., et al. | 06-5504 |
| FLM 8 06-1204 | Linda Matrulla v. Merck & Co., Inc., et al. | 06-5505 |
| FLM 8 06-1213 | Aida Rivera v. Merck & Co., Inc., et al. | 06-5506 |
| FLM 8 06-1229 | Martha Travis v. Merck & Co., Inc., et al. | 06-5507 |
| FLM 8 06-1236 | Marshall Dentmon v. Merck & Co., Inc., et al. | 06-5508 |
| FLM 8 06-1256 | Rosa Medina v. Merck & Co., Inc. | 06-5509 |
| FLM 8 06-1356 | Alan Aronoff v. Merck & Co., Inc., et al. | 06-5510 |
| **FLORIDA NORTHERN** | | |
| FLN 3 06-288 | Meredith Devoe, et al. v. Merck & Co., Inc. | 06-5511 |
| ~~FLN 4 06-353~~ | ~~Leon Singleton v. Merck & Co., Inc., et al.~~ Vacated 8/22/06 | |
| ~~FLN 4 06-356~~ | ~~Anita Davis v. Merck & Co., Inc., et al.~~ Opposed 8/21/06 | |
| **FLORIDA SOUTHERN** | | |
| FLS 9 06-80640 | Jeff Weisman v. Merck & Co., Inc., et al. | 06-5512 |

SCHEDULE CTO-60 TAG-ALONG ACTIONS (MDL-1657)                    PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **GEORGIA NORTHERN** | | |
| GAN 4 06-163 | Gary Knowles, et al. v. Merck & Co., Inc. | 06-5513 |
| **HAWAII** | | |
| HI 1 06-348 | Liberta K. Karratti, et al. v. Merck & Co., Inc. | 06-5514 |
| HI 1 06-355 | Miyoko Sugano v. Merck & Co., Inc. | 06-5515 |
| HI 1 06-356 | John A. Kimmell, II v. Merck & Co., Inc. | 06-5516 |
| HI 1 06-357 | Melvin M. Imamura, et al. v. Merck & Co., Inc. | 06-5517 |
| HI 1 06-358 | Santago Espinas, et al. v. Merck & Co., Inc. | 06-5518 |
| HI 1 06-359 | Thomas Frigge, et al. v. Merck & Co., Inc. | 06-5519 |
| HI 1 06-360 | Veronica Edwards v. Merck & Co., Inc. | 06-5520 |
| HI 1 06-361 | Geraldine Wabinga v. Merck & Co., Inc. | 06-5521 |
| HI 1 06-362 | Wynetta Carl Matsuura, et al. v. Merck & Co., Inc. | 06-5522 |
| HI 1 06-363 | Sam Barraco, et al. v. Merck & Co., Inc. | 06-5523 |
| HI 1 06-364 | Nelson Adams v. Merck & Co., Inc. | 06-5524 |
| HI 1 06-365 | Joseph Scrofani, et al. v. Merck & Co., Inc. | 06-5525 |
| **IOWA SOUTHERN** | | |
| IAS 1 06-20 | Donna L. Brown v. Merck & Co., Inc. | 06-5526 |
| IAS 4 06-311 | Marilyn Brownell, et al. v. Merck & Co., Inc. | 06-5527 |
| IAS 4 06-353 | Vicky L. Pryor, etc. v. Merck & Co., Inc. | 06-5528 |
| **IDAHO** | | |
| ID 2 06-264 | John Hove v. Merck & Co., Inc. | 06-5529 |
| **ILLINOIS CENTRAL** | | |
| ILC 2 06-2133 | Elizabeth L. Gunning, etc. v. Merck & Co., Inc. | 06-5530 |
| ILC 4 06-4044 | Sandra C. Johnson Williamson, etc. v. Merck & Co., Inc. | 06-5531 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-3875 | Lorraine Cote v. Merck & Co., Inc. | 06-5532 |
| ILN 1 06-3920 | Kathryn Fredrick, et al. v. Merck & Co., Inc. | 06-5533 |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 06-543 | Trudy Hull v. Merck & Co., Inc. | 06-5534 |
| **LOUISIANA WESTERN** | | |
| LAW 2 06-1263 | Barbara C. Walker v. Merck & Co., Inc. | 06-5535 |
| **MARYLAND** | | |
| MD 1 06-1664 | Joseph P. Pacheco v. Merck & Co., Inc. | 06-5536 |
| MD 1 06-1665 | Louise E. Regan v. Merck & Co., Inc. | 06-5537 |
| MD 1 06-1669 | Sandra Banach-Sittler, et al. v. Merck & Co., Inc. | 06-5538 |
| MD 1 06-1670 | Harry E. Wink, Jr., et al. v. Merck & Co., Inc. | 06-5539 |
| MD 1 06-1880 | Thomas Beck v. Merck & Co., Inc., et al. | 06-5540 |
| **MINNESOTA** | | |
| MN 0 06-2141 | Judy Ackland v. Merck & Co., Inc. | 06-5541 |
| MN 0 06-2723 | Wendall Adams v. Merck & Co., Inc. | 06-5542 |
| MN 0 06-2834 | Kathleen M. O'Hehir-Johnson v. Merck & Co., Inc. | 06-5543 |
| MN 0 06-2835 | Ruth A. Silva v. Merck & Co., Inc. | 06-5544 |
| MN 0 06-2836 | Elmer P. Rose v. Merck & Co., Inc. | 06-5545 |
| MN 0 06-2837 | Norma J. Polman v. Merck & Co., Inc. | 06-5546 |
| MN 0 06-2838 | Beverly Tepley v. Merck & Co., Inc. | 06-5547 |
| MN 0 06-2839 | Larry R. Karnes v. Merck & Co., Inc. | 06-5548 |

SCHEDULE CTO-60 TAG-ALONG ACTIONS (MDL-1657)                                      PAGE 3 of 4

|  |  | EDLA |
|---|---|---|
| DIST. DIV. C.A. # | CASE CAPTION | SEC. L/3 |
| MN  0  06-2840 | Michele L. Stilinovich v. Merck & Co., Inc. | 06-5549 |
| MN  0  06-2841 | Lois N. Salo v. Merck & Co., Inc. | 06-5550 |
| MN  0  06-3051 | Walter Harrison v. Merck & Co., Inc. | 06-5551 |
| MN  0  06-3110 | Jon Guthmiller, et al. v. Merck & Co., Inc., et al. | 06-5552 |
| **MISSOURI EASTERN** | | |
| MOE 4  06-1096 | Marsha Sumrall, etc. v. Merck & Co., Inc. | 06-5553 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 2  06-126 | Cary Smith v. Merck & Co., Inc. | 06-5554 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 2  06-182 | Jerry Don West v. Merck & Co., Inc., et al. | 06-5555 |
| MSS 3  06-329 | Frederick Resse, etc. v. Merck & Co., Inc. | 06-5556 |
| MSS 3  06-375 | William E. Boyd, et al. v. Merck & Co., Inc. | 06-5557 |
| MSS 3  06-378 | Wayne Musgrove v. Merck & Co., Inc., et al. | 06-5558 |
| **NORTH CAROLINA MIDDLE** | | |
| NCM 1  06-594 | Tammy D. Cole v. Merck & Co., Inc. | 06-5559 |
| **NEBRASKA** | | |
| NE   8  06-460 | Thomas C. Kouth v. Merck & Co., Inc. | 06-5560 |
| **NEVADA** | | |
| ~~NV   2  06-914~~ | ~~John James Mangani v. Merck & Co., Inc., et al.~~  Opposed 8/18/06 | |
| **NEW YORK EASTERN** | | |
| NYE 1  06-3631 | Eula Daniels v. Merck & Co., Inc. | 06-5561 |
| **NEW YORK SOUTHERN** | | |
| NYS 1  06-5074 | Claubette Jackson, et al. v. Merck & Co. Inc. | 06-5562 |
| NYS 1  06-5202 | Walesca Quinones, etc. v. Merck & Co., Inc. | 06-5563 |
| NYS 1  06-5524 | Cynthia Margolies v. Merck & Co., Inc. | 06-5564 |
| **NEW YORK WESTERN** | | |
| NYW 6  06-6331 | Robin Philp v. Merck & Co., Inc. | 06-5565 |
| NYW 6  06-6356 | Patricia Neuman v. Merck & Co., Inc., et al. | 06-5566 |
| NYW 6  06-6357 | Carolyn Corsoro v. Merck & Co., Inc., et al. | 06-5567 |
| NYW 6  06-6358 | William H. Burns, etc. v. Merck & Co., Inc., et al. | 06-5568 |
| **OHIO NORTHERN** | | |
| OHN 3  06-1617 | Louise Brown v. Merck & Co., Inc. | 06-5569 |
| **OHIO SOUTHERN** | | |
| OHS 1  06-435 | David Boomershire, et al. v. Merck & Co., Inc. | 06-5570 |
| **OKLAHOMA NORTHERN** | | |
| OKN 4  06-373 | Gay Lynn Jones v. Merck & Co., Inc. | 06-5571 |
| **OKLAHOMA WESTERN** | | |
| OKW 5  06-685 | Ronald Hare, etc. v. Merck & Co., Inc. | 06-5572 |
| OKW 5  06-734 | Jane Warren v. Merck & Co., Inc. | 06-5573 |
| OKW 5  06-768 | Benjamin Stepeny, etc. v. Merck & Co., Inc. | 06-5574 |
| OKW 5  06-769 | Raymond Stapp, et al. v. Merck & Co., Inc. | 06-5575 |
| OKW 5  06-771 | Connie Vickery, et al. v. Merck & Co., Inc. | 06-5576 |

SCHEDULE CTO-60 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **OREGON** | | |
| OR  3  06-976 | James J. Wood, et al. v. Merck & Co., et al. | 06-5577 |
| OR  6  06-6152 | Lynn Alan Wright, et al. v. Merck & Co., Inc. | 06-5578 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  06-2826 | Dr. David N. Greenhaw, et al. v. Merck & Co., Inc., et al. | 06-5579 |
| PAE  2  06-2838 | George Walls v. Merck & Co., Inc., et al. | 06-5580 |
| PAE  2  06-2851 | James Montgomery v. Merck & Co., Inc., et al. | 06-5581 |
| PAE  2  06-3062 | Donald Maliszewski v. Merck & Co., Inc., et al. | 06-5582 |
| PAE  2  06-3097 | Lowell Bulger, et al. v. Merck & Co., Inc., et al. | 06-5583 |
| PAE  2  06-3110 | Jesse Singleton v. Merck & Co., Inc. | 06-5584 |
| PAE  2  06-3178 | Debra A. Beyer, et al. v. Merck & Co., Inc., et al. | 06-5585 |
| PAE  2  06-3179 | Marie C. Oakley, et al. v. Merck & Co., Inc., et al. | 06-5586 |
| PAE  2  06-3180 | Sam S. Pardino, et al. v. Merck & Co., Inc., et al. | 06-5587 |
| PAE  2  06-3181 | Gregory D. Kelly, et al. v. Merck & Co., Inc., et al. | 06-5588 |
| PAE  2  06-3182 | Sylvia Hauge, et al. v. Merck & Co., Inc., et al. | 06-5589 |
| PAE  2  06-3189 | Vivian D. Beckenbaugh v. Merck & Co., Inc. | 06-5590 |
| PAE  2  06-3221 | Geroloma F. Walter, etc. v. Merck & Co., Inc., et al. | 06-5591 |
| PAE  2  06-3278 | Frances S. Wright v. Merck & Co., Inc., et al. | 06-5592 |
| PAE  2  06-3279 | Joan M. Miller, et al. v. Merck & Co. Inc., et al. | 06-5593 |
| **PENNSYLVANIA WESTERN** | | |
| PAW  2  06-935 | Janice L. Snyder, etc. v. Merck & Co., Inc., et al. | 06-5594 |
| **SOUTH DAKOTA** | | |
| SD  4  06-4126 | Gerald Miller v. Merck & Co., Inc., et al. | 06-5595 |
| **TEXAS EASTERN** | | |
| TXE  6  06-302 | Russell Martin v. Merck & Co., Inc. | 06-5596 |
| **TEXAS NORTHERN** | | |
| TXN  4  06-460 | Jackson Stockstill v. Merck & Co., Inc. | 06-5597 |
| **TEXAS SOUTHERN** | | |
| TXS  3  06-468 | Steven J. Birdwell, et al. v. Merck & Co., Inc. | 06-5598 |
| TXS  4  06-2201 | Eunice Alvarado, et al. v. Merck & Co., Inc. | 06-5599 |
| TXS  5  06-104 | Reymundo Aguero, etc. v. Merck & Co., Inc. | 06-5600 |
| TXS  7  06-203 | Adoralida Salinas, et al. v. Merck & Co., Inc., et al. | 06-5601 |
| **TEXAS WESTERN** | | |
| TXW  1  06-528 | Bassam Mahmoud v. Merck & Co., Inc. | 06-5602 |
| TXW  5  06-621 | Anthony Ware, et al. v. Merck & Co., Inc. | 06-5603 |
| TXW  6  06-183 | Keifer Marshall, Jr. v. Merck & Co., Inc. | 06-5604 |
| **VIRGINIA EASTERN** | | |
| VAE  2  06-363 | Ellen P. Bailey, et al. v. Merck & Co., Inc. | 06-5605 |
| **WISCONSIN WESTERN** | | |
| WIW  3  06-373 | John Matthews, et al. v. Merck & Co., Inc. | 06-5606 |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS  2  06-500 | Mildred E. Tanyhill, et al. v. Merck & Co., Inc. | 06-5607 |
| WVS  5  06-509 | Mary Andrews v. Merck & Co., Inc. | 06-5608 |
| WVS  5  06-519 | Nancy Shelton v. Merck & Co., Inc. | 06-5609 |